IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT DEVELOPMENT, a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TODD M. TOUTON, et al.,<br><br>　　　　　　　Defendants. | NO. 1:10-CV-00476 AWI DLB<br><br>ORDER VACATING<br>JUNE 21, 2010 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

　　　Defendants' motion to dismiss has been set for hearing in this case on June 21, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 21, 2010, is VACATED, and the parties shall not appear at that time. As of June 21, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:　June 16, 2010**　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE